United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| THE PEOPLE OF THE STATE OF CALIFORNIA, | Case No. 24-cv-05778-PCP |
|---|---|
| Plaintiff, | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| v. | Re: Dkt. Nos. 1, 4 |
| , | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Araceli Martínez-Olguín for consideration whether the case is related to 24-cv-05252-AMO.

**IT IS SO ORDERED.**

Dated: September 20, 2024

P. CASEY PITTS
United States District Judge